JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDELL KEGLER,<br><br>        Petitioner,<br><br>   v.<br><br>R.C. JOHNSON,<br><br>        Respondent. | Case No. 2:21-cv-01433-WLH-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 20, 2024

                                                HON. WESLEY L. HSU
                                                UNITED STATES DISTRICT JUDGE